

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2023

*MEMO ENDORSED*
11/2/23

**BY EMAIL AND ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Moshe Rosenfeld*, S1 23 Cr. 65 (CM)

Dear Judge McMahon:

The Government respectfully writes, with the consent of the defendant, to request a brief adjournment, of approximately two weeks, of the conference currently scheduled for next Thursday, November 9, 2023, at 2 p.m. The Government understands that the purpose of the November 9 conference is for oral argument or a hearing as to Moshe Rosenfeld's motions to suppress his post-arrest statement and evidence recovered from his cellphone. AUSA Emily Deininger, who is the only AUSA currently assigned to this case, is involved in a trial in *United States v. Costanzo*, 22 Cr. 281 (JPO), that is ongoing before the Honorable J. Paul Oetken and that looks likely to still be ongoing through much of next week. The Government is accordingly requesting this brief adjournment because of the anticipated scheduling conflict.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/
Emily Deininger
Assistant United States Attorney
(212) 637-2472

*[Handwritten endorsement:]* Case Adj to Nov. 28, 2023 at 2pm — time excluded for the adjudication of defense motions and in the interest of justice. *[Signed]* Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/23