

May 8, 2024

**Sarah Krissoff**
Direct Phone   212-908-1388
Direct Fax      646-225-5128
skrissoff@cozen.com

MEMO ENDORSED

5/9/24

Via ECF

Sentencing Adj to July 18, 2024
At 11:30 A.M.

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Colleen Mc Mal

Re:   United States v. Moshe Rosenfeld, 23 Cr. 65 (CM)

Dear Judge McMahon:

We are writing in connection with the sentencing for Mr. Rosenfeld, which is currently scheduled for May 29, 2024. After consulting with both the Government and the Probation Office, we are respectfully requesting a short adjournment of the sentencing for approximately 45 days. We have not previously sought to adjourn Mr. Rosenfeld's sentencing.

The adjournment is needed for a few reasons. First, we are attempting to obtain relevant medical records from Israel, and have not yet been able to obtain those records (and, in turn, provide them to the Probation Department). Second, while we are in the process of reviewing the first draft of the Presentence Report with Mr. Rosenfeld, due to the length of the report and the need to utilize the services of a Hebrew translator in connection with that review, we need additional time to thoroughly review the Presentence Report and provide any objections to Probation. In addition, we are continuing to track down additional documentation requested by Probation. The Government, through Assistant United States Attorney, Emily Deininger, has informed us that they have no objection to this request.

Thank you for your consideration of this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/24

Respectfully submitted,

Sarah Krissoff

Sarah Krissoff

The Honorable Colleen McMahon
Via ECF
Page 2

cc:     Emily Deininger and Jennifer Ong, Assistant United States Attorneys (Via EC and E-
        Mail)
        Ashley Geiser, United States Probation Officer (Via E-Mail)